# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **16 M 0284**
2) Defendant's Name: **Reynolds** (Last)   **Marsha** (First)   **Gay** (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ✓ Yes ___ No   Other District: **Central Dist. of CA**
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes ___ No   Date/Time: **3/24/16**
10) Detention Hearing Held: ✓   Bail set at: **$500,000**   ROR Entered: ___   POD Entered: ___
11) Temporary Order of Detention Entered: ___   Bail Hearing set for: **3/25/16 2PM**
12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: **Alicia Washington**
14) DEFENSE COUNSEL'S NAME: **Alexander David**
    Address: _____
    Bar Code: ___   CJA: ___   FDNY: ✓   RET: ✓
    Telephone Number: (___) _____
15) LOG #: (2:42 – 2:50)   MAG. JUDGE: **Viktor Pohorelsky**
    ✓ 2nd call (3:22 – 3:32)
16) ✓ Defendant was advised of bond conditions by the Court and signed the bond.
    **4** Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: **Gov't opposed bail. Defense counsel presented a bail package. Court set bond in the amount of $500,000. Gov't request bond stayed pending appeal in CA.**

17) Complaint/Affidavit/Indictment unsealed: ✓ Yes ___ No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE