# United States District Court

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

Marsha Gay Reynolds
_Defendant_

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 16 M 284

Upon motion of the _defendant_, it is ORDERED that a detention hearing is set for _3/25/16_* at _2 PM_
Date / Time

before _Judge Pohorelsky_
Name of Judicial Officer

BROOKLYN, NEW YORK
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____

_____) and produced for the hearing.
Other Custodial Official

_3/24/16_
Date

_S/Pohorelsky_ _uj_
J.

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.