# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Viktor Pohorelsky     **DATE:** 03/25/2016

**DOCKET NUMBER:** 16-284M     **LOG #:** 2:21 - 2:27

**DEFENDANT'S NAME:** Marsha Gay Reynolds
    _X_ Present     ___ Not Present     _X_ Custody     ___ Bail

**DEFENSE COUNSEL:** Dennis Ring and Brad Mazarin
    ___ Federal Defender     ___ CJA     _X_ Retained

**A.U.S.A:** Alicia Washington     **DEPUTY CLERK:** S. Yuen

**INTERPRETER:** _____ (Language) _____

_Detention_ Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type ___ Start ___ Stop ___

___ Order of Speedy Trial entered. Code Type ___ Start ___ Stop ___

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Judge Andre Birotte Jr. from the MDNY? stayed the bond set by Judge Pohorelsky pending further bail hearing in MD of Florida CA. Commitment Order entered. Defendant to be removed in custody to the CD of CA.